**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IPA TECHNOLOGIES, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>ALCO ELECTRONICS LIMITED,<br><br>              Defendant. | C.A. No. 16-1169-RGA |
| IPA TECHNOLOGIES INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>DISH NETWORK CORPORATION, and DISH NETWORK L.L.C.,<br><br>              Defendants. | C.A. No. 16-1170-RGA |
| IPA TECHNOLOGIES INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>HTC CORPORATION; and HTC AMERICA, INC.,<br><br>              Defendants. | C.A. No. 16-01171-RGA |

| | |
|---|---|
| IPA TECHNOLOGIES, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC.,<br><br>          Defendants. | C.A. No. 16-1236-RGA |
| IPA TECHNOLOGIES, INC.,<br><br>          Plaintiff,<br>     v.<br><br>AMAZON.COM, INC. and AMAZON DIGITAL SERVICES, LLC,<br><br>          Defendants. | C.A. No. 16-1266-RGA |
| IPA TECHNOLOGIES, INC.,<br><br>          Plaintiff,<br>     v.<br><br>SONY ELECTRONICS INC., and SONY MOBILE COMMUNICATIONS (USA) INC.,<br><br>          Defendants. | C.A. No. 17-055-RGA |
| IPA TECHNOLOGIES INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ACER INC. AND ACER AMERICA CORPORATION,<br><br>          Defendants. | C.A. No. 17-119-RGA |

| | |
|---|---|
| IPA TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br>    v.<br><br>ASUS COMPUTER INTERNATIONAL, and ASUSTEK COMPUTER INC.,<br><br>        Defendants. | C.A. 17-120-RGA |
| IPA TECHNOLOGIES INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS INC., ET AL.,<br><br>        Defendants. | C.A. No. 17-121-RGA |
| IPA TECHNOLOGIES INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>LENOVO GROUP, LTD.; LENOVO (UNITED STATES) INC.; LENOVO HOLDING COMPANY, INC.; MOTOROLA MOBILITY LLC; and MOTOROLA MOBILITY HOLDINGS, LLC,<br><br>        Defendants. | C.A. No. 17-235-RGA |
| IPA TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br>    v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. et al.,<br><br>        Defendants. | C.A. No. 17-248-RGA |

| | |
|---|---|
| IPA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | C.A. No. 17-287-RGA |

**PLAINTIFF IPA TECHNOLOGIES INC.**
**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Marc A. Fenster, Adam S. Hoffman, Brian D. Ledahl, Amir A. Naini, and Shani Williams of Russ, August & Kabat hereby withdraw as counsel to Plaintiff IPA Technologies Inc. ("IPA"). IPA will continue to be represented by the law firms of Bayard, P.A and Skiermont Derby LLP. Please adjust your service lists accordingly.

Dated: January 31, 2018

OF COUNSEL:

Sadaf R. Abdullah
Paul J. Skeirmont
Christopher M. Hodge
Steven W. Hartsell
Mieke K. Malmberg
Sarah E. Spires
Alexander E. Gasser
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Sara E. Bussiere (#5725)
600 North King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*
*IPA Technologies, Inc.*